———————

No. 95-3534

———————

Donald G. Tucker,                         *
                                          *
          Appellant,                      *
                                          *
     v.                                   *  Appeal from the United States
                                          *  District Court for the
Shirley S. Chater,                        *  Eastern District of Arkansas
Commissioner, Social Security             *
Administration,                           *
                                          *  [UNPUBLISHED]
          Appellee.                       *


———————

              Submitted:  April 8, 1996

                Filed:  April 29, 1996

———————

Before BOWMAN, BEAM, and MURPHY, Circuit Judges.
———————

PER CURIAM.


      Donald  G.  Tucker  filed  applications  with  the  Social  Security
Administration seeking Title II Disability Insurance Benefits and Title XVI
Supplement Security Income pursuant to 42 U.S.C. § 401 et seq.  The Social
Security  Administration  denied  his  applications  at  each  stage  of  the
administrative  process.   After  Tucker  exhausted  all  of  his  administrative
remedies,  he  sought  judicial  review  in  federal  district  court.   The
district court[1] granted the Commissioner's motion for summary judgment and
denied  that  of  Tucker.   On  appeal  Tucker  argues  that  the  administrative  law
judge  improperly  discredited  his  subjective  complaints  of  pain  and  did  not
consider  his  speech  problems,  erred  in  posing  the  hypothetical

_____

      [1]The  Honorable  Jerry  W.  Cavaneau,  United  States  Magistrate
Judge for the Eastern District of Arkansas, presiding by consent of
the  parties.   28 U.S.C. § 636(c).

question to the vocational expert, and failed to credit the testimony of his treating physician.  He asserts that there is not substantial evidence to support the Commissioner's decision to deny him benefits.  After carefully reviewing the record and considering the arguments raised orally and in writing, we conclude that there is substantial evidence in the record as a whole to support the Commissioner's decision.  The judgment in favor of the Commissioner is affirmed on the basis of the district court's opinion.  <u>See</u> 8th Cir. R. 47B.

        A true copy.

            Attest:


                CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.